UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ZIMBABWE F. FIELDS,     )
             )
  Petitioner,      )
             )
v.            )    **4:14-cv-13**
             )    **4:11-cr-201**
             )
UNITED STATES OF AMERICA,  )
             )
  Respondent.     )
             )

## ORDER

   Zimbabwe F. Fields moves the Court for reconsideration of its adoption of the Magistrate Judge's Report & Recommendation ("R&R") dismissing his petition under 28 U.S.C. § 2255. ECF No. 7. "Reconsideration may be necessary if there is (1) newly discovered evidence, (2) an intervening development or change in controlling law, or (3) the need to correct a clear error or prevent manifest injustice." *Jersawitz v. People TV*, 71 F. Supp. 2d 1330, 1344 (N.D. Ga. 1999). In the motion for reconsideration, Fields only rehashes the arguments that he raised in his objection to the R&R, ECF No. 4. Reconsideration is unwarranted. The Court *DENIES* the motion.

          The /2 day of March, 2014

          B. AVANT EDENFIELD, JUDGE
          UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF GEORGIA